# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MOCTEZUMA,<br><br>            Petitioner,<br><br>    v.<br><br>JOSIE GASTELO, Warden,<br><br>            Respondent. | Case No. CV 18-0612-JVS (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge.  No objections to the R. & R. have been filed.

    The Court accepts the findings and recommendations of the Magistrate Judge.  IT THEREFORE IS ORDERED that the Petition is denied and Judgment be entered dismissing this action with prejudice.

DATED: August 4, 2020

JAMES V. SELNA
U.S. DISTRICT JUDGE