JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MOCTEZUMA,<br><br>       Petitioner,<br><br>     v.<br><br>JOSIE GASTELO, Warden,<br><br>       Respondent. | Case No. CV 18-0612-JVS (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 4, 2020

JAMES V. SELNA
U.S. DISTRICT JUDGE